

2011 NOV -8 PM 4:17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 11-019** |
| v. | * | **SECTION: "B"** |
| **JOHN E. BAGENT** | * | |

\* \* \*

**MOTION AND INCORPORATED MEMORANDUM TO UNSEAL THE
PLEA AGREEMENT OF JOHN BAGENT**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the plea agreement of defendant John E. Bagent in the above-captioned case for the foregoing reason: John E. Bagent is expected to be called as a witness in the matter of "United States v. Abdel Muhammad," pending in the Eastern District of Louisiana, case number 09-371, and the plea agreement must be disclosed to defense counsel in advance of the November 14, 2011 trial. Counsel for John E. Bagent has no opposition to the filing of this motion to unseal.

___Fee _____
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____

**WHEREFORE,** the United States of America prays that its motion to unseal the plea agreement between the United States and John E. Bagent in the above matter be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
EDWARD J. RIVERA (#17771)
Assistant United States Attorney
650 Poydras Street, Room 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163