

# FCI Pollock POM

| | | | |
|---|---|---|---|
| Patient: | BAGENT, JOHN (Male) | DOB: | 01/11/74 |
| Register#: | 31872-034 | Age: | 43 |
| Date: | 06/08/17 10:01 | Status: | OP |
| Slicecount: | 2 | | |
| History: | 43 YR OLD MALE C/O LEFT SIDED CHEST PAIN | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | GARCIA | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 202#BOP622625567 | | |

**Final Report**

**Exam: FILM CXR 2 VIEWS**

**HISTORY:** Left sided chest pain.

**TECHNIQUE:** Frontal and Lateral views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There are median sternotomy wires. The cardiac silhouette is normal. Trachea is midline. Mediastinal and hilar contours are unremarkable. Lungs and pleural spaces are clear. Thoracic musculoskeletal structures are age appropriate. Visualized upper abdomen is grossly unremarkble.

**IMPRESSION:**
Median sternotomy wires in place without radiographic evidence for an acute cardiopulmonary process.

Radiologist:           Maurice Yu, MD

Study ready at 10:02 and initial results transmitted at 10:38



| | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | **SEQUENCE: 01759508** |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 10-03-2019 |
| | Plan is for inmate: BAGENT, JOHN E  31872-034 | |

| Facility: | POM  POLLOCK MED FCI | Proj. Rel. Date: | 06-14-2027 |
|---|---|---|---|
| Name: | BAGENT, JOHN E | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 31872-034 | DNA Status: | POM02052 / 08-20-2012 |
| Age: | 45 | | |
| Date of Birth: | 01-11-1974 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | F4 ORDERLY | ORDERLY | 05-20-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | ESL HAS | ENGLISH PROFICIENT | 08-20-2012 |
| POM | GED EP | ENROLL GED PROMOTE W/CAUSE. | 03-25-2016 |
| POM | GED SAT | GED PROGRESS SATISFACTORY | 07-02-2013 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POM | | PREGED 2B 9:30-11:00 M-F | 09-20-2017 | CURRENT |
| POM | C | BUSINESS MANAGEMENT ACE | 03-30-2019 | 05-11-2019 |
| POM | C | RPP 6: ETIQUETTE & COMMUNICAT | 04-17-2019 | 05-29-2019 |
| POM | C | RPP #2:JOB APPS PRE-RELEASE | 04-10-2019 | 05-08-2019 |
| POM | C | BATTLE READY | 04-06-2019 | 04-06-2019 |
| POM | C | RPP3 HOUSING OPPORTUNITIES | 02-12-2019 | 03-26-2019 |
| POM | C | AT-RISK PROGRAM (CLASS) | 12-04-2018 | 12-27-2018 |
| POM | C | CUSTODIAL MAINTENANCE CLASS | 03-25-2018 | 05-18-2018 |
| POM | C | SPIRITWAR | 03-23-2018 | 03-23-2018 |
| POM | C | PERSONAL GROWTH CHAPEL - 7 HAbits | 08-22-2017 | 01-19-2018 |
| POM | C | INTRO AND STUDY OF CHESS | 10-03-2017 | 10-31-2017 |
| POM | C | RPP1 SUN SMART | 09-11-2017 | 09-27-2017 |
| POM | C | TRUTH AND LIES AND TEMPTA | 12-11-2017 | 12-11-2017 |
| POM | W | PRE-GED2 9:30-11:00 M-F | 01-19-2017 | 09-20-2017 |
| POM | C | ALL PRO DAD | 04-01-2017 | 04-01-2017 |
| POM | W | GED1 7:30-9:30 M-F | 09-29-2015 | 01-19-2017 |
| POM | C | HORIZONTAL JESUS | 01-13-2017 | 01-14-2017 |
| POM | C | RECOVER REDEMPTION | 10-17-2016 | 12-01-2016 |
| POM | C | POWER OF GODS NAMES | 05-08-2016 | 06-19-2016 |
| POM | C | ADVANC MATH SKILLS (REFRESHER) | 01-12-2016 | 06-12-2016 |
| POM | C | STEPPING UP MANHOOD | 02-21-2016 | 04-24-2016 |
| POM | C | FORKLIFT OPERATING PROCED/ACE | 01-26-2016 | 03-12-2016 |
| POM | W | GED2  9:30-11:00 M-F | 03-15-2015 | 09-29-2015 |
| POM | C | LIVING SOBER | 12-17-2014 | 07-28-2015 |
| POM | W | PRE-GED3A  12:00-1:30 M-F | 09-21-2012 | 03-15-2015 |
| POM | C | RPP3 CHECK/SAVINGS/ATM PRE-REL | 12-23-2014 | 01-14-2015 |
| POM | C | SERVING AND LEARNING TOGETHER | 03-12-2014 | 12-03-2014 |
| POM | C | CONVERSATIONAL SPANISH | 11-14-2013 | 02-20-2014 |
| POM | C | PARENT | 07-17-2013 | 12-04-2013 |
| POM | C | JUMP ROPE | 11-20-2012 | 01-03-2013 |
| POM | C | 6 DRUG EDUCATION | 12-17-2012 | 01-14-2013 |
| POM | C | ANGER MANAGEMENT PRE-RELEASE | 11-06-2012 | 12-11-2012 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

Sentry Data as of 10-02-2019     Individualized Reentry Plan - Program Review  (Inmate Copy)     Page 1 of 3



| Individualized Reentry Plan - Program Review (Inmate Copy) | SEQUENCE: 01759508 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 10-03-2019 |
| Plan is for inmate: BAGENT, JOHN E   31872-034 | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-22-2012 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-10-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-21-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-22-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-17-2012 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-13-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 01-14-2013 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-28-2015 |

### FRP Details

**Most Recent Payment Plan**

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | Start: 11-27-2012 |
|---|---|---|---|
| Inmate Decision: | **AGREED** | $100.00 | Frequency: **SINGLE** |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

Trust Fund Deposits - Past 6 months: $477.45        Payments commensurate? Y

New Payment Plan:   ** No data **

### Progress since last review

Inmate Bagent continues to program and he has maintained clear conduct since his last PGM REV. Overall, his most recent institutional adjustment is viewed as good at this time. Keep up the good work.

### Next Program Review Goals

Timeframe has not been met, Unit Team recommends the same goal at this time. No progress at this time in this area.
The Unit Team recommends participation in Job Interview Skills by November 2019.

### Long Term Goals

Timeframe has not been met, Unit Team recommends the same goal at this time. No progress at this time in this area.
You need to continue to strive to complete the following EDU course(s) by 11-19-2020: GED program, and make satisfactory progress.

### RRC/HC Placement

### Comments

Continue to save money in preparation for your PRD. Strive to comply with the rules and regulations during your incarceration. Furthermore, continue to maintain contact with your family.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01759508
Dept. of Justice / Federal Bureau of Prisons   Team Date: 10-03-2019
Plan is for inmate: BAGENT, JOHN E  31872-034

|  |  |
|---|---|
| Name: BAGENT, JOHN E | DNA Status: POM02052 / 08-20-2012 |
| Register No.: 31872-034 | |
| Age: 45 | |
| Date of Birth: 01-11-1974 | |

_____

Inmate   (BAGENT, JOHN E. Register No.: 31872-034)

_____

Date

_____        _____
Unit Manager / Chairperson                                         Case Manager

_____        _____
Date                                                                                  Date

```
  POM39  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      11-13-2019
PAGE 001 OF 001                                                       15:23:14
                            (A) IDENTIFYING DATA
  REG NO..: 31872-034            FORM DATE: 11-13-2019          ORG: POM
  NAME....: BAGENT, JOHN E
                                       MGTV: NONE
  PUB SFTY: GRT SVRTY                  MVED:
                            (B) BASE SCORING
  DETAINER: (0) NONE             SEVERITY.......: (7) GREATEST
  MOS REL.: 91                   CRIM HIST SCORE: (06) 8 POINTS
  ESCAPES.: (0) NONE             VIOLENCE.......: (3) 5-10 YRS MINOR
  VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
  EDUC LEV: (1) ENRLD + SAT IN GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
  TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
  LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (5) NONE
  FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


                     --- LEVEL AND CUSTODY SUMMARY ---
  BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
  +19  +20    -2       +17       MEDIUM     N/A             IN       DECREASE


  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

https://bop.tcp.doj.gov:9049/SENTRY/J1PPG60.do                      11/13/2019

```
  POM70   540*23 *           SENTENCE MONITORING              *    04-25-2019
PAGE 001           *           COMPUTATION DATA                *    10:52:09
                               AS OF 04-25-2019

REGNO..: 31872-034 NAME: BAGENT, JOHN E


FBI NO............: 637785WA7           DATE OF BIRTH: 01-11-1974   AGE:  45
ARS1..............: POM/A-DES
UNIT..............: F UNIT               QUARTERS.....: F04-226L
DETAINERS.........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-14-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-14-2027 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: LOUISIANA, EASTERN DISTRICT
DOCKET NUMBER...................: 11-19"B"
JUDGE...........................: LEMELLE
DATE SENTENCED/PROBATION IMPOSED: 06-27-2012
DATE COMMITTED..................: 08-17-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO          AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  409
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE 500 GRAMS OR MORE OF COCAINE HYDROCHLORIDE, AND
         280 GRAMS OR MORE OF COCAINE BASE - COUNT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     225 MONTHS
 TERM OF SUPERVISION............:      10 YEARS
 DATE OF OFFENSE................: 09-29-2010




G0002        MORE PAGES TO FOLLOW . . .
```

```
 POM70  540*23 *           SENTENCE MONITORING           *    04-25-2019
PAGE 002 OF 002 *           COMPUTATION DATA             *    10:52:09
                          AS OF 04-25-2019

REGNO..: 31872-034 NAME: BAGENT, JOHN E


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-24-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-08-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-27-2012
TOTAL TERM IN EFFECT............:    225 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     18 YEARS      9 MONTHS
EARLIEST DATE OF OFFENSE........: 09-29-2010

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-21-2011   06-26-2012

TOTAL PRIOR CREDIT TIME.........: 523
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 858
TOTAL GCT EARNED................: 405
STATUTORY RELEASE DATE PROJECTED: 06-14-2027
EXPIRATION FULL TERM DATE.......: 10-19-2029
TIME SERVED.....................:      8 YEARS      3 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..:   44.0

PROJECTED SATISFACTION DATE.....: 06-14-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-24-14 DGCT K/JS




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```